Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
Brittany V. Berzin (Cal. State Bar No. 325121)
**Shimoda & Rodriguez Law, PC**
9401 East Stockton Boulevard, Suite 120
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
E-mail: attorney@shimodalaw.com
          jrodriguez@shimodalaw.com
          bberzin@shimodalaw.com

Attorneys for Plaintiff MARNELLE MAC DULA

ALEXANDRA M. ASTERLIN (CA#221286)
alexandra.asterlin@ogletree.com
KYLE A. WENDE (CA#287728)
kyle.wende@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:    916=840-3159

Attorneys for Defendant
IDEXX DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARNELLE MAC DULA, individually and on behalf of all other similarly situated employees,<br><br>    Plaintiff,<br><br>    vs.<br><br>IDEXX DISTRIBUTION, INC., a Massachusetts Corporation; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-01819-CKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT IDEXX DISTRIBUTION, INC. TO FILE A RESPONSIVE PLEADING**<br><br><br>Action Filed:   July 19, 2023<br>Trial Date:     None Set |

This stipulation is entered into by and between Plaintiff MARNELLE MAC DULA ("Plaintiff") and Defendant IDEXX DISTRIBUTION, INC. (Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, with reference to the following facts and recitals:

WHEREAS, Plaintiff filed her Class Action Complaint in the Superior Court of the State of California, County of Sacramento, assigned Case No. 23CV005044 on July 19, 2023 (the "Action").

WHEREAS, on August 25, 2023, Defendant removed this Action to this Court under the Class Action Fairness Act.

WHEREAS, Defendant sent a meet and confer letter to Plaintiff outlining the arguments for its proposed Rule 12 motion to Plaintiff's Complaint.

WHEREAS, the Parties have agreed to extend the time for Defendant to respond to the Complaint by 45 days, thus establishing a new response date to October 16, 2023.

WHEREAS, the Parties have established this new due date to provide the Parties with more time for Plaintiff to propose a First Amended Complaint, to further meet and confer in regards to the potential Rule 12 motion, and for Plaintiff to complete her evaluation of whether to file a remand motion.

WHEREAS, the Parties agree that, in entering into this stipulation, Plaintiff will not be considered to be waiving any right to file a motion seeking remand or otherwise considered to be seeking affirmative relief that could be construed as waiving her right to file a motion seeking remand or any basis therefore.

WHEREAS, the Parties agree that, in entering into the stipulation, Defendant is not waiving any rights to file a Motion to Dismiss or waiving any defenses.

WHEREAS, the Parties agree that, in entering into the stipulation, Defendant is making no representation as to the adequacy of any First Amended Complaint.

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned counsel as follows:

1. The Parties agree that Defendant has until October 16, 2023 to respond to the Plaintiff's Complaint.

2. Plaintiff will provide a draft First Amended Complaint to Defendant by September 15, 2023.

IT IS SO STIPULATED.

DATED: August 31, 2023                SHIMODA & RODRIGUEZ LAW, PC


By: /s/ Brittany V. Berzin
    GALEN T. SHIMODA
    JUSTIN P. RODRIGUEZ
    BRITTANY V. BERZIN

Attorneys for Plaintiff
MARNELLE MAC DULA

DATED: August 31, 2023                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Alexandra Asterlin [as auth. on 8/31/23]
    ALEXANDRA ASTERLIN
    KYLE WENDE

Attorneys for Defendant
IDEXX DISTRIBUTION, INC.

**[PROPOSED] ORDER**

The COURT, having considered the above stipulation and finding good cause, HEREBY ORDERS that:

1. The Parties agree that Defendant has until October 16, 2023 to respond to the Plaintiff's Complaint.

2. Plaintiff will provide a draft First Amended Complaint to Defendant by September 15, 2023.

IT IS SO ORDERED.

Dated:  September 1, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
dula23cv1819.stip.eot