Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
Brittany V. Berzin (Cal. State Bar No. 325121)
**Shimoda & Rodriguez Law, PC**
9401 East Stockton Boulevard, Suite 120
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
E-mail: attorney@shimodalaw.com
          jrodriguez@shimodalaw.com
          bberzin@shimodalaw.com

Attorneys for Plaintiff MARNELLE MAC DULA

ALEXANDRA M. ASTERLIN (CA#221286)
alexandra.asterlin@ogletree.com
KYLE A. WENDE (CA#287728)
kyle.wende@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:      916=840-3159

Attorneys for Defendant
IDEXX DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARNELLE MAC DULA, individually and on behalf of all other similarly situated employees,<br><br>           Plaintiff,<br><br>     vs.<br><br>IDEXX DISTRIBUTION, INC., a Massachusetts Corporation; and DOES 1 to 100, inclusive,<br><br>           Defendants. | Case No. 2:23-cv-01819-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT IDEXX DISTRIBUTION, INC. TO FILE A RESPONSIVE PLEADING**<br><br><br>Action Filed:   July 19, 2023<br>Trial Date:      None Set |

This stipulation is entered into by and between Plaintiff MARNELLE MAC DULA ("Plaintiff") and Defendant IDEXX DISTRIBUTION, INC. (Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, with reference to the following facts and recitals:

WHEREAS, Plaintiff filed her Class Action Complaint in the Superior Court of the State of California, County of Sacramento, assigned Case No. 23CV005044 on July 19, 2023 (the "Action").

WHEREAS, on August 25, 2023, Defendant removed this Action to this Court under the Class Action Fairness Act.

WHEREAS, Defendant sent a meet and confer letter to Plaintiff outlining the arguments for its proposed Rule 12 motion to Plaintiff's Complaint.

WHEREAS, Plaintiff has proposed revisions to her Complaint and requested Defendant indicate whether the alleged deficiencies have been cured.

WHEREAS, Plaintiff has filed a motion to remand this action to state court and contends that it should be determined whether this Court has subject matter jurisdiction prior to her filing an amended complaint.

WHEREAS, the Parties have agreed to extend the time for Plaintiff to file an amended Complaint until fifteen (15) days after the Court has issued its ruling on the Motion to Remand.

WHEREAS, the Parties have agreed to extend the time for Defendant to respond to the Complaint until thirty (30) days after the filing of any amended Complaint or forty-five days after the Court issues its ruling on Plaintiff's Motion to Remand, whichever is sooner.

WHEREAS, the Parties have established the agreement as to the timeline for filing of the First Amended Complaint and Defendant's responsive pleading to provide the Parties with more time to meet and confer in regards to the potential Rule 12 motion, and for Plaintiff's motion to remand to be decided.

WHEREAS, Defendant agrees to meet and confer with Plaintiff regarding the sufficiency of her draft First Amended Complaint within fifteen (15) days of this stipulation being signed.

WHEREAS, the Parties agree that, in entering into this stipulation, Plaintiff will not be considered to be seeking affirmative relief that could be construed as waiving her right to seek remand of this action.

WHEREAS, the Parties agree that, in entering into the stipulation, Defendant is not waiving any rights to file a Motion to Dismiss or waiving any defenses.

WHEREAS, the Parties agree that, in entering into the stipulation, Defendant is making no representation as to the adequacy of any First Amended Complaint.

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned counsel as follows:

1. The Parties agree that Plaintiff shall have until fifteen (15) days after the Court's issuance of a ruling on the Motion to Remand to file a First Amended Complaint.
2. The Parties agree Defendant shall have until thirty (30) days after Plaintiff files an amended Complaint or forty-five (45) days after the Court has issued its ruling on the Motion to Remand, whichever is sooner, to file a responsive pleading.
3. The Parties agree that Defendant shall meet and confer with Plaintiff regarding the sufficiency of her draft First Amended Complaint within fifteen (15) days of this stipulation being signed.

IT IS SO STIPULATED.

DATED:  October 13, 2023                         SHIMODA & RODRIGUEZ LAW, PC


By:  */s/ Brittany V. Berzin*
     GALEN T. SHIMODA
     JUSTIN P. RODRIGUEZ
     BRITTANY V. BERZIN

Attorneys for Plaintiff
MARNELLE MAC DULA

DATED:  October 13, 2023

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


By:  /s/ Alexandra Asterlin [as auth. on 10/13/23]
    ALEXANDRA ASTERLIN
    KYLE WENDE

Attorneys for Defendant
IDEXX DISTRIBUTION, INC.

# ORDER

The COURT, having considered the above stipulation and finding good cause, HEREBY ORDERS that:

1. Plaintiff shall have until fifteen (15) days after the Court's issuance of a ruling on the Motion to Remand to file a First Amended Complaint.

2. Defendant shall have until thirty (30) days after Plaintiff files an amended Complaint or forty-five (45) days after the Court has issued its ruling on the Motion to Remand, whichever is sooner, to file a responsive pleading.

3. Defendant shall meet and confer with Plaintiff regarding the sufficiency of her draft First Amended Complaint within fifteen (15) days of this stipulation being signed.

IT IS SO ORDERED.

Dated: October 19, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE