Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
Renald Konini (Cal. State Bar No. 312080)
**Shimoda & Rodriguez Law, PC**
9401 East Stockton Boulevard, Suite 120
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733

Attorneys for Plaintiff MARNELLE MAC DULA
individually and on behalf of similarly situated employees

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARNELLE MAC DULA, individually and on behalf of all other similarly situated employees,<br><br>    Plaintiff,<br><br>    vs.<br><br>IDEXX DISTRIBUTION, INC., a Delaware Corporation; and DOES 1 to 100, inclusive,<br><br>    Defendant. | **Case No. 2:23-cv-01819-MCE-CKD**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO REMAND THIS CASE TO STATE COURT**<br><br>Filed:       July 19, 2023<br>Trial Date:  None Set |

This Stipulation and proposed Order is entered into between Plaintiff MARNELLE MAC DULA ("Plaintiff") and Defendant IDEXX DISTRIBUTION, INC., ("Defendant") (all collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS Plaintiff filed a Class Action Complaint against Defendant in the Superior Court of California for the County of Sacramento, Case No. 23CV005044 on July 19, 2023;

WHEREAS Defendant removed the Action to the United States District Court for the Eastern District of California and filed a Notice of Removal on August 28, 2023, pursuant to the Class Action Fairness Act of 2005;

WHEREAS Plaintiff filed a Motion to Remand on September 22, 2023, and the hearing for that motion was November 2, 2023;

WHEREAS Defendant filed an Opposition on October 6, 2023, to the Motion to Remand;

WHEREAS on December 6, 2023, the Parties entered into a stipulation to stay the proceedings in this matter until 30 days after a scheduled mediation;

WHEREAS on December 7, 2023, the Court ordered that the action is stayed in its entirety until thirty (30) days post-mediation, *i.e*., April 26, 2024:

WHEREAS the Parties have met and conferred and stipulate that good cause exists to remand this case back to State Court, Sacramento County Superior Court, Case No. 23CV005044;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1. That this case should be remanded to Sacramento County Superior Court, Case No. 23CV005044.

**Shimoda & Rodriguez Law, PC**

Date: April 9, 2024      By:  /s/ Justin P. Rodriguez
　　　　　　　　　　　　　　　Galen T. Shimoda
　　　　　　　　　　　　　　　Justin P. Rodriguez
　　　　　　　　　　　　　　　Renald Konini
　　　　　　　　　　　　　　　Attorneys for Plaintiff

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

Date: April 9, 2024      By:  /s/ Alexandra M. Asterlin
　　　　　　　　　　　　　　　Alexandra M. Asterlin
　　　　　　　　　　　　　　　(as authorized on 4/4/24)
　　　　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

The COURT, having considered the above stipulation and finding good cause, HEREBY ORDERS that:

1. This case will be remanded to state court, Sacramento County Superior Court, Case No. 23CV005044. A certified copy of this Order shall be mailed by the clerk to the clerk of the Sacramento County Superior Court pursuant to 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

Dated: April 9, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE